UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABAS DOWLAD, | CASE NO. C25-2603-KKE |
| Plaintiff(s), | ORDER |
| v. | |
| ELON MUSK, et al., | |
| Defendant(s). | |

The Court previously ordered Plaintiff Abas Dowlad to show cause why this case should not be dismissed for failure to prosecute.  Dkt. No. 8.  Dowlad filed a motion asking the Court to extend his deadline to serve Defendants Elon Musk and Tesla until May 28, 2026.  Dkt. No. 9 at 2.  As to the Court's order to show cause, Dowlad asserted that his failure to timely serve Defendants stemmed from "clerical oversight" "as a *pro se* litigant" rather than a "lack of interest in prosecuting this case[.]"  *Id.* at 1–2.[1]  He also noted that he had trouble finding Defendants' address.  *Id.*  The Court will GRANT Dowlad's request for an extension of time to serve.  The Court, however, warns Dowlad that while it must construe his complaint liberally, a *pro se* litigant "must follow the same rules of procedure that govern other litigants."  *King v. Atiyeh,* 814 F.2d

---

[1] Dowlad failed to file his answer to the order to show cause by the deadline set by the Court.  *See* Dkt. Nos. 8, 9. The Court will consider his filing, but warns Dowlad that any further failure to comply with the Court's orders may lead to dismissal of this action without prejudice.  *See* Fed. R. Civ. P. 41(b).

ORDER - 1

565, 567 (9th Cir. 1987), *overruled on other grounds by Lacey v. Maricopa County*, 693 F.3d 896, 925–28 (9th Cir. 2012).

Dowlad has until May 28, 2026 to file proof that Defendants have been served or have agreed to waive service.  If Dowlad fails to do so, consistent with its prior warning, the Court will dismiss this action without prejudice.

Dated this 21st day of May, 2026.

Kymberly K. Evanson
United States District Judge

ORDER - 2