UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABAS DOWLAD, | CASE NO. C25-2603-KKE |
| Plaintiff(s), | ORDER DIRECTING SERVICE BY THE U.S. MARSHALS SERVICE |
| v. | |
| ELON MUSK, et al., | |
| Defendant(s). | |

Plaintiff Abas Dowlad proceeds *pro se* and *in forma pauperis* ("IFP").  *See* Dkt Nos. 1, 5. This matter comes before the Court on Dowlad's motion for an order directing service by the U.S. Marshals Service.  Dkt. No. 13.  The Court previously denied Dowlad's request for service by the U.S. Marshals Service because he had not completed a summons form to Clerk's office.  *See* Dkt. No. 12.  Dowlad has since completed a summons form as to Defendant Tesla, which was issued on June 4, 2026.  Dkt. No. 14.

Federal Rule of Civil Procedure 4(c)(3) requires the Court to "order that service [of summons and the complaint] be made by a United States marshal or deputy marshal or by a person specially appointed by the court" upon an IFP plaintiff's request.  Fed. R. Civ. P. 4(c)(3); *see also* 28 U.S.C. § 1915(d) (when an IFP plaintiff so requests, "the officers of the court shall issue and serve all process").

As such, the Court GRANTS Dowlad's motion (Dkt. No. 13) and ORDERS as follows:

ORDER DIRECTING SERVICE BY THE U.S. MARSHALS SERVICE - 1

(1) The Clerk shall provide a copy of this order, the complaint (Dkt. No. 5), Plaintiff's motion (Dkt. No. 13), and the summons for Defendant Tesla (Dkt. No. 14) to the United States Marshal or Deputy Marshal by June 12, 2026.

(2) The United States Marshal or Deputy Marshal shall serve Defendant with the summons and complaint by August 12, 2026 and shall file proof of service once completed.

Dated this 5th day of June, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DIRECTING SERVICE BY THE U.S. MARSHALS SERVICE - 2