UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABAS DOWLAD,<br><br>Plaintiff(s),<br>v.<br><br>ELON MUSK, et al.,<br><br>Defendant(s). | CASE NO. C25-2603-KKE<br><br>ORDER GRANTING MOTION FOR LEAVE TO AMEND TO COMPLAINT |

On August 10, 2026, Plaintiff filed a motion for leave to amend his complaint. Dkt. No. 19. Plaintiff seeks to "amend the complaint to correct the name of Defendant Elon Musk to reflect the proper corporate defendant, Tesla, Inc." *Id.*

A party may amend its pleading "once as a matter of course," and thereafter "only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a). "The court should freely give leave when justice so requires." *Id.* This is Plaintiff's first motion to amend his complaint.

Accordingly, the Court GRANTS Plaintiff's motion for leave to amend his complaint. Dkt. No. 19. No later than September 16, 2026, Plaintiff may file an amended complaint. An amended complaint operates as a complete substitute for the original complaint. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992).

Dated this 3rd day of September, 2026.

Kymberly K. Evanson
United States District Judge